UNITED STATES of America,
Plaintiff–Appellee,

v.

Syed Saadet Ali Fara SHAH, aka Syed Mustajab Shah aka Syed Saadar Ali Syed Saadar Ali Shah aka Badshah Khan aka Sued Saadat Ali Syed Saadat Ali Franz aka Shajee, Defendant–Appellant.

No. 06–50583.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007.*

Filed Sept. 28, 2007.

US Attorney CV, USSD–Office of the U.S. Attorney, for Plaintiff–Appellee.

Steven A. Feldman, Esq., Uniondale, NY, for Defendant–Appellant.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Syed Saadet Ali Fara Shah appeals from his conviction and 225–month sentence imposed following a guilty plea to conspiracy to distribute heroin and hashish, in violation of 21 U.S.C. § 841(a)(1), and providing

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

material support to terrorists, in violation of 18 U.S.C. §§ 2339B(a)(1) & (d).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Shah has filed a brief stating there are no grounds for relief, which includes a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

